CHICAGO TELEPHONE COMPANY

*v.*

STATE OF ILLINOIS.

*Opinion filed September 20, 1920.*

CONTRACTS—*when law will imply promise on part of State to pay.*
This claim is similar to that of *Greely Carson* v. *State*, 1 Ill., Court of
Claims, 135, and the decision of the Court in that case, and other similar
cases cited herein, governs this case.

Edward J. Brundage, Attorney General, for State.

This is a claim of the Chicago Telephone Company for telephone
service furnished to the State of Illinois to the office of the Attorney
General in the amount of eight hundred ninety-nine dollars and sev-
enty-two cents ($899.72) for a period from December 22nd, 1913, to
September 1st, 1915. No objection or defense of the claim is inter-
posed by or on behalf of the State and the honorable Attorney General
consents to an award herein in the sum of eight hundred and ninety-
nine dollars and seventy-two cents ($899.72). This Court has made
awards in a number of similar cases. See *Greeley Carson Co.* v. *The
State*, 1 Illinois Court of Claims, 135; *Sherman v. The State*, 1 Ill.
Court of Claims, 168; *Barrow, Wade, Guthrie & Co.* v. *The State*, 2
Ill. Court of Claims, 304. We therefore award the claimant the sum
of eight hundred ninety-nine dollars and seventy-two cents ($899.72).